

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RECEIVED
ENTERED          SERVED ON
COUNSEL/PARTIES OF RECORD

APR 2 9 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DAWN MARIE MAKAROPLOS | ) |
| | ) |
| Defendant. | ) |

2:02-CR-188-KJD-LRL

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#90), sentencing held on February 19, 2004. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $288.79

Name of Payee: FIRST USA BANK
Amount of Restitution: $924.46

Name of Payee: MBNA AMERICAN
Amount of Restitution: $3,180.98

Name of Payee: DISCOVER CARD
Amount of Restitution: $310.00

**Total Amount of Restitution ordered:** $4,704.23*
*Joint and Several with co-defendant Richard Cameron Harris

Dated this _____29th_____ day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE